## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CN48 | F5306702 | Sawtell | 2393 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 9/26/2022 1015 hrs
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code — 36 CFR 261.52(a)

Place of Offense: NF 1040 - Applegate River

Offense Description: Factual Basis for Charge — Building/Maintaining a Fire

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Smith   First Name: Melinda   M.I.: M

Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 350   Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT AT → $ 380.00   Total Collateral Due
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*F5306702*   FS-5300-4 (1/2020)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/26, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/12/2022
Date (mm/dd/yyyy)   Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident